IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-20726
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANTHONY LYNN HESTER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Texas
(H-96-CR-250-1)

_____

August 24, 1998

Before HIGGINBOTHAM, JONES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Anthony Lynn Hester has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Our independent review of the brief, the record, and Hester's response discloses no nonfrivolous issue. Accordingly, counsel is excused from further responsibilities herein and the APPEAL is DISMISSED.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.